## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| | | |
|---|---|---:|
| TOTAL RECEIPTS | $ | 12,045.28 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ | 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ | 3,250.00 |

**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 07-12259 |
| | ) | |
| JOANN L. BERGLUND, | ) | Chapter 7 |
| | ) | |
| | ) | Honorable Bruce W. Black (Joliet) |
| Debtor. | ) | |

**TRUSTEE'S REPORT OF SALE**

NOW COMES Deborah K. Ebner, not individually, but solely as the chapter 7 trustee ("Trustee") of the estate ("Estate") of Joann L. Berglund, Debtor ("Debtor"), and for her report of sale of personal property in accordance with Rule 6004 of the Federal Rules of Bankruptcy Procedure, certifies as follows:

1. Pursuant to the order of this Court entered on December 14, 2007 ("Sale Order"), Trustee sold the Estate's interest in the real property commonly known as 216 Madison, #1B, Joliet, Illinois 60455 (the "Property") at private sale on January 3, 2008 to Reilly's General Contractors, Inc. for the sum of $45,000.00, plus the buyer paid $117.43 for pre-paid assessments. A copy of the closing settlement statement prepared by Regent Title Insurance Agency, LLC in connection with the sale is attached hereto as Exhibit A.

2. Pursuant to the Debtor's Schedules of Assets and Liabilities, the Property was owned jointly by the Debtor and her brother who died shortly after the filing of the Debtor's bankruptcy case, but before the Section 341 meeting. Subsequent to the Sale, the Trustee learned that the Property, in fact, was owned by the Debtor's deceased mother and deceased brother, both probate estates to which the Debtor

was a beneficiary. Accordingly, Trustee participated in the probate estates in order to sell the Property.

3. The Property was subject to a first mortgage in favor of Washington Mutual Home Loans ("WAMU). At closing, pursuant to the Sale Order, WAMU was paid $27,341.52.

4. The Trustee incurred expenses totaling $5,734.37 in connection with the sale ("Sale Expenses"), which were paid at closing from the gross proceeds of the sale. The Sale Expenses are itemized on Exhibit A and include, realtor commission, real estate taxes, title insurance, recording fees, survey costs, association dues, and transfer taxes.

5. Debtor is not entitled to, and did not claim, any exemption on the Property.

6. Net proceeds from the sale of $12,041.54 was paid to the Estate at closing and has been deposited by the Trustee into an interest-bearing account.

Dated: February 26, 2008

Deborah K. Ebner, not individually, but solely as the Chapter 7 Trustee of the Bankruptcy Estate of Joann L. Berglund

By: /s/Deborah K. Ebner, Trustee

Deborah K. Ebner, ARDC # 6181615
Law Office of Deborah K. Ebner
11 East Adams Street, Eighth Floor
Chicago, IL 60603
Telephone:  (312) 922-3838
Facsimile:   (312) 922-8722

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 07-12259 BB
Case Name: BERGLUND, JOANN L.

Trustee: (330480)   DEBORAH K. EBNER
Filed (f) or Converted (c): 07/10/07 (f)
§341(a) Meeting Date: 08/23/07
Claims Bar Date: 01/05/08

Period Ending: 02/23/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate | Unknown | 12,041.54 | | 12,041.54 | FA |
| 2 | 50% interest in property located at 216 Madison See above | 42,000.00 | 42,000.00 | | 0.00 | FA |
| 3 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Bank Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Books | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Automobile | 1,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.74 | Unknown |
| 10 Assets | Totals (Excluding unknown values) | $45,250.00 | $54,041.54 | | $12,045.28 | $0.00 |

### Major Activities Affecting Case Closing:

Debtor's brother with whom debtor owned real estate died post petition. Accordingly real estate marketed and sold. Trustee had to file appearance in deceased mothers estate since deceased mother also still in title. Closing scheduled 1/08

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-12259 BB | Trustee: | (330480) DEBORAH K. EBNER |
| --- | --- | --- | --- |
| Case Name: | BERGLUND, JOANN L. | Filed (f) or Converted (c): | 07/10/07 (f) |
| | | §341(a) Meeting Date: | 08/23/07 |
| Period Ending: 02/23/08 | | Claims Bar Date: | 01/05/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon,<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |

Initial Projected Date Of Final Report (TFR): December 31, 2008   Current Projected Date Of Final Report (TFR): December 31, 2008