**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE (Joliet) |
| | ) | |
| JOANN L. BERGLUND, | ) | CASE NO. 07-12259 BWB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  WILL COUNTY COURT ANNEX
   57 N. OTTAWA ST., COURTROOM 201
   JOLIET, ILLINOIS 60432

   on:  **May 16, 2008**
   at:  **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $       45,117.43

   b. Disbursements                         $       33,075.89

   c. Net Cash Available for Distribution   $       12,045.28

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee | $ 0.00 | $ 5,25.00 | $ 0.00 |
| Popowcer Katten, Ltd., *Trustee's Accountants* | $ 0.00 | $ 903.00 | $ 0.00 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys* | $ 0.00 | $ 6,717.50 | $ 236.36 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $4,502.22, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 01 | YESSG I | $4,502.22 | $0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **April 10, 2008**             For the Court,

                              By:   **KENNETH S. GARDNER**
                                    Kenneth S. Gardner
                                    Clerk of the United States Bankruptcy Court
                                    219 S. Dearborn Street, 7th Floor
                                    Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1               User: amcc7                  Page 1 of 1                   Date Rcvd: Apr 10, 2008
Case: 07-12259                     Form ID: pdf002              Total Served: 18

The following entities were served by first class mail on Apr 12, 2008.
db           +Joann L. Berglund,    205 N Raynor # 5,    Joliet, IL 60435-6982
aty          +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 800,
               Chicago, IL 60603-6324
aty          +John A Reed,    John A Reed Ltd,    63 W Jefferson St    #200,    Joliet, IL 60432-4335
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
11471189     +Aspire Visa,    PO Box 105555,    Atlanta, GA 30348-5555
11471191     +Blatt Hasenmiller Leibsker & Moore,    125 S Wacker Dr # 400,    Chicago, IL 60606-4440
11471192     +Blitt & Gaines, P.C.,    661 Glenn Ave,    Wheeling, IL 60090-6017
11471193     +Capital One Services,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
11471194     +Direct Merchants Bank,    P.O. Box 21550,    Tulsa, OK 74121-1550
11471195     +Illinois Collection Service,    P.O. Box 646,    Oak Lawn, IL 60454-0646
11471196      Joliet Radiological Service Corp,    36910 Treasury Center,    Chicago, IL 60694-6900
11471197     +McMahan & Sigunick Ltd.,    Attorneys At Law,    216 W Jackson Blvd # 900,    Chicago, IL 60606-6924
11471198      Midland Credit Management,    Dept 8870,    Los Angeles, CA 90052
11541256      Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11471199     +Washington Mutual Home Loans,    P.O. Box 100576,    Florence, SC 29501-0576
11666905     +YESSG I,    As Assignee of DIRECT MERCHANTS,    Recovery Management Systems,
               25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605

The following entities were served by electronic transmission on Apr 11, 2008.
11471190     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Acceptance LLC,
               P.O. Box 2036,    Warren, MI 48090-2036
11541256      E-mail/PDF: rmscedi@recoverycorp.com Apr 11 2008 04:55:42
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           John W Pleta
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 12, 2008**          **Signature:**  *Joseph Speetjens*